AO 10
Rev. 1/2014

# FINANCIAL DISCLOSURE REPORT
# FOR CALENDAR YEAR 2013

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Netburn, Sarah | U.S. District Court, Southern District of New York | 01/14/2015 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| United States Magistrate Judge | ☐ Nomination    Date<br>☐ Initial   ✔ Annual   ☐ Final<br>**5b.** ✔ Amended Report | 01/01/2013<br>**to**<br>12/31/2013 |

**7. Chambers or Office Address**

40 Foley Square
Room 430
New York, New York 10007

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

✔ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

✔ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Netburn, Sarah** | 01/14/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2013 | Cuti Hecker Wang -- salary |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

✔ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Netburn, Sarah | 01/14/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑    NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑    NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Netburn, Sarah** | 01/14/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A | B | | C | | D | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Description of Assets (including trust assets) | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. ACCOUNT #1 | | | | | | | | | |
| 2. Alps ETF | A | Dividend | J | T | | | | | |
| 3. Egshares Emerging Markets Consumer ETF | A | Dividend | | | Sold | 2/25/13 | J | A | |
| 4. First Trust ISE-REV NAT GAS | A | Dividend | | | Sold | 3/07/13 | J | A | |
| 5. FT NASDAQ Tech DVD Index Fund ETF | A | Dividend | | | Buy | 1/15/13 | J | | |
| 6. | | | | | Sold | 7/5/13 | J | A | |
| 7. Greenhaven Continuous Commodity Index Fund DE | A | Dividend | | | Sold | 8/15/13 | J | A | |
| 8. iShares DJ Select Divid Index Fund | A | Dividend | J | T | | | | | |
| 9. iShares NASDAQ Biotechnology Index Fund | A | Dividend | J | T | | | | | |
| 10. iShares US Real Estate | A | Dividend | J | T | Buy | 7/5/13 | J | | |
| 11. Market Vectors Gold Miners ETF | A | Dividend | | | Sold (part) | 8/28/13 | J | A | |
| 12. | | | | | Sold | 9/18/13 | J | A | |
| 13. Pimco 1-5 Yr US Tips Index ETF | A | Interest | J | T | | | | | |
| 14. Vanguard Index Funds Vanguard Small Cap ETF | A | Dividend | J | T | Sold (part) | 11/22/13 | J | A | |
| 15. iShares Barclays 1-3 Yr Credit Bond Fund | A | Dividend | J | T | | | | | |
| 16. iShares Barclays 1-3 Yr Treas. Bond FD | A | Interest | J | T | Sold (part) | 2/25/13 | J | A | |
| 17. iShares Barclays TIPS Bond Fund | A | Interest | J | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Netburn, Sarah | 01/14/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐    NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18.   iShares IBOXX High Yield Corp Bond | A | Interest | J | T | | | | | |
| 19.   iShares S&P 500 Value | A | Interest | J | T | Buy<br>(add'l) | 1/14/13 | J | | |
| 20. | | | | | Buy<br>(add'l) | 1/23/13 | J | | |
| 21. | | | | | Sold<br>(part) | 11/22/13 | J | A | |
| 22.   iShares Trust S&P 500 Growth Index Fund DE | A | Interest | J | T | Buy<br>(add'l) | 1/14/13 | J | | |
| 23. | | | | | Buy<br>(add'l) | 1/23/13 | J | | |
| 24. | | | | | Sold<br>(part) | 11/22/13 | J | A | |
| 25.   iShares S&P 100 Index Fund DE | A | Interest | J | T | | | | | |
| 26.   iShares Gold Trust ETF | A | Interest | | | Sold<br>(part) | 8/27/13 | J | A | |
| 27. | | | | | Sold<br>(part) | 9/3/13 | J | A | |
| 28. | | | | | Sold | 9/18/13 | J | A | |
| 29.   iShares TR FLTG Rate NT ETF | A | Dividend | J | T | Buy | 2/22/13 | J | | |
| 30.   JPM Chase Capital XXVII 7.200% Due 12/22/39 Callable | A | Interest | J | T | | | | | |
| 31.   Powershares Exchange Traded FD TR FINL PFD Portfolio | A | Dividend | J | T | | | | | |
| 32.   Vanguard Short Term Corporate BD ETF | A | Interest | J | T | | | | | |
| 33.   Powershares DB Commodity Index Tracking Fund | A | Dividend | J | T | Buy<br>(add'l) | 8/15/13 | J | | |
| 34.   Powershares DB Multi Sector Commodity TR DB Agriculture Fund | A | Dividend | J | T | Buy<br>(add'l) | 8/15/13 | J | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Netburn, Sarah** | 01/14/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. SPDR Gold Trust | A | Dividend | | | Sold<br>(part) | 08/27/13 | J | A | |
| 36. | | | | | Sold | 9/18/13 | J | A | |
| 37. SPDR Metals and Mining | A | Dividend | J | T | Buy | 05/10/13 | J | | |
| 38. SPDR S&P Emerging Markets ETF DE | A | Dividend | J | T | | | | | |
| 39. SPDR SER TR Barclays Cap Conv ETF | A | Dividend | J | T | | | | | |
| 40. SPDR Barclayes Convertible SEC ETF | A | Dividend | | | Sold | 2/22/13 | J | A | |
| 41. Vanguard Index Funds MFD INC FSTE ALL | A | Dividend | J | T | | | | | |
| 42. Vanguard Index Funds Mid Cap | A | Dividend | J | T | Sold<br>(part) | 11/22/13 | J | A | |
| 43. Vanguard Intel Equity Index FD INC FSTE ALL-WORLD EX-U | A | Dividend | J | T | Buy<br>(add'l) | 1/14/13 | J | | |
| 44. | | | | | Buy<br>(add'l) | 1/23/13 | J | | |
| 45. | | | | | Sold<br>(part) | 11/22/13 | J | A | |
| 46. Vanguard Info Tech | A | Dividend | J | T | Buy | 5/20/13 | J | | |
| 47. | | | | | | | | | |
| 48. Columbia Aggressive Growth NY 529 Portfolio Class A | E | Int./Div. | M | T | | | | | |
| 49. | | | | | | | | | |
| 50. IRA #1 | D | Dividend | M | T | | | | | |
| 51. - UBS Pace Money Market Investment Fund Class P | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Netburn, Sarah | 01/14/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. - Calamos Convertible Fund Class A | | | | | | | | | |
| 53. - DWS Dreman Small Cap Value Fund Class A | | | | | | | | | |
| 54. - Eaton Vance Richard Bernstein Equity | | | | | | | | | |
| 55. - Federated Kaufman Fund Class A | | | | | | | | | |
| 56. - Goldman Sachs Mid Cap Value Fund Class A | | | | | | | | | |
| 57. - Olstein All Cap Value Fund Advisor Class | | | | | | | | | |
| 58. - Henderson Global Investors Intl Opportunities Fund A | | | | | | | | | |
| 59. - Oppenheimer Developing Markets Fund CL A | | | | | | | | | |
| 60. -- Oppenheimer Equity Income Fund Inc. Cl A | | | | | | | | | |
| 61. - Blackrock Inflation Protected Bond A | | | | | | | | | |
| 62. - Calvert Short Duration Income Fund Class A | | | | | Sold (part) | 1/24/13 | J | A | |
| 63. - JP Morgan Short Duration Bond Fund Class A | | | | | | | | | |
| 64. - Pimco Real Return Fund Class A | | | | | Sold (part) | 4/23/13 | J | A | |
| 65. | | | | | Sold (part) | 7/24/13 | J | A | |
| 66. | | | | | Sold (part) | 10/24/13 | J | A | |
| 67. - Pimco Total Return Fund Class A | | | | | | | | | |
| 68. - Putnam Voyager Fund Inc. Cl A | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Netburn, Sarah** | 01/14/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69. | | | | | | | | | |
| 70. UBS Bank USA Deposit Account | A | Interest | J | T | | | | | |
| 71. | | | | | | | | | |
| 72. UBS Select Prime Investor Fund | A | Interest | M | T | | | | | |
| 73. | | | | | | | | | |
| 74. RMA Money Mkt Portfolio | | None | J | T | | | | | |
| 75. | | | | | | | | | |
| 76. IRA # 2 | A | Int./Div. | J | T | | | | | |
| 77. - UBS Bank USA Deposit Account | | | | | | | | | |
| 78. - Eaton Vance Richard Bernstein Equity | | | | | | | | | |
| 79. | | | | | | | | | |
| 80. IRA #3 | C | Int./Div. | M | T | | | | | |
| 81. - Alps ETF | | | | | Buy<br>(add'l) | 11/14/13 | J | | |
| 82. - iShares S&P 500 Value ETF | | | | | | | | | |
| 83. - iShares S&P 500 Growth | | | | | | | | | |
| 84. - First Trust ISE-REV Nat Gas | | | | | Sold<br>(part) | 02/25/13 | J | A | |
| 85. - Egshares Emerging Markets Consumer<br>ETF | | | | | Sold | 02/25/13 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Netburn, Sarah | 01/14/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 86.   - iShares S&P 100 Index Fund DE | | | | | | | | | |
| 87.   - SPDR S&P Emerging Markets ETF DE | | | | | | | | | |
| 88.   - SPDR Metals & Mining ETF DE | | | | | Buy | 5/10/13 | J | | |
| 89. | | | | | Buy<br>(add'l) | 5/16/13 | J | | |
| 90. | | | | | Buy<br>(add'l) | 5/16/13 | J | | |
| 91.   - Vanguard Intl Equity Index FD Inc FSTE ALL | | | | | Sold<br>(part) | 11/27/13 | J | A | |
| 92.   - Vanguard Index Funds Vanguard Mid Cap ETF DE | | | | | Sold<br>(part) | 11/27/13 | J | A | |
| 93.   - Vanguard Index Funds Vanguard Small Cap ETF DE | | | | | Sold<br>(part) | 11/27/13 | J | A | |
| 94.   - iShares Barclays Tips Bond Fund | | | | | Sold | 03/07/13 | J | A | |
| 95.   - iShares Barclays Gold Trust ETF DE | | | | | Buy | 2/28/13 | J | | |
| 96. | | | | | Buy<br>(add'l) | 4/18/13 | J | | |
| 97. | | | | | Sold<br>(part) | 8/27/13 | J | A | |
| 98. | | | | | Sold<br>(part) | 9/3/13 | J | A | |
| 99. | | | | | Sold | 9/18/13 | J | A | |
| 100.   - iShares US Real Estate ETF | | | | | Buy | 9/11/13 | J | | |
| 101.   - Powershares DB Multi Sector Commodity TR DB Agriculture Fund | | | | | Buy<br>(add'l) | 8/15/13 | J | | See line 134 of 2012 Rpt. |
| 102.   - Powershares DB Commodity Index Tracking Fund | | | | | Buy<br>(add'l) | 8/15/13 | J | | See line 133 of 2012 Rpt. |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Netburn, Sarah | 01/14/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. - Vanguard Sector Index FD Information Tech ETF | | | | | Buy | 5/20/13 | J | | See transaction column D. |
| 104. - Vanguard Short Term Corporate BD ETF DE | | | | | | | | | See line 160 of 2012 Rpt. |
| 105. - Vanguard Ftse All World | | | | | Buy | 01/14/13 | J | | |
| 106. - iShares 1-3 Treas Bond | | | | | | | | | |
| 107. - Greenhaven Continuous Commodity Index Fund DE | | | | | Sold | 08/15/13 | J | A | |
| 108. - iShares S&P 500 Value | | | | | Sold | 11/22/13 | J | A | |
| 109. - iShares S&P 500 Growth | | | | | Sold | 11/22/13 | J | A | |
| 110. - Vanguard Inex Funds (VB) -- F/K/A Vanguard Index Funds Small Cap | | | | | Sold | 11/22/13 | J | A | |
| 111. - Vanguard Inex Funds (VO) | | | | | Sold | 11/22/13 | J | A | |
| 112. | | | | | | | | | |
| 113. IRA #4 | D | Int./Div. | M | T | | | | | |
| 114. - JRHOX | | | | | Buy | 4/10/13 | K | | |
| 115. | | | | | | | | | |
| 116. Buckeye Delta Fund LP (no control) | E | Dividend | O | T | | | | | |
| 117. | | | | | | | | | |
| 118. | | | | | | | | | |
| 119. | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Netburn, Sarah | 01/14/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | | | | | |
| 121. | | | | | | | | | |
| 122. | | | | | | | | | |
| 123. | | | | | | | | | |
| 124. | | | | | | | | | |
| 125. | | | | | | | | | |
| 126. | | | | | | | | | |
| 127. | | | | | | | | | |
| 128. | | | | | | | | | |
| 129. | | | | | | | | | |
| 130. | | | | | | | | | |
| 131. | | | | | | | | | |
| 132. | | | | | | | | | |
| 133. | | | | | | | | | |
| 134. | | | | | | | | | |
| 135. | | | | | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

With respect to Buckeye Delta Fund LP (listed in Part VII), in addition to dividend income, this fund generated income through capital gains, expenses and unrealized appreciation. "iShares FTSE/XINHUA China 25 Index Fund" was listed on my 2012 Report in error. There is no record of our having ever owned this asset. It therefore does not appear in this 2013 report.  In my 2012 Report, I inadvertently left out Vanguard Inex Funds (VB) and Vanguard Inex Funds (VO) (found at lines 109 and 110 in Part VII) as assets held within IRA #3. Accordingly, those assets are reflected here (and were sold in full in 2013) but they did not appear on the 2012 Report. Finally, in my 2012 Report, I inadvertently omitted ⬛⬛⬛⬛ retirement account from ⬛ law firm. That account was funded in 2012 with a $50,000 contribution (JRHOX), and earned income of $5,267.88 in 2012.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Sarah Netburn**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544